Floyd W. Bybee, #012651
BYBEE LAW CENTER, PLC
4445 E. Holmes Avenue
Suite 107
Mesa, AZ 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Maynard Engle;<br><br>        Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>        Defendant. | No.  CV09-2589-PHX-ECV<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2      RESPECTFULLY SUBMITTED: <u>  January 5, 2010  </u> .

3

4                                         <u>  s/ Floyd W. Bybee       </u>
                                         Floyd W. Bybee, #012651
5                                        BYBEE LAW CENTER, PLC
                                         4445 E. Holmes Avenue
6                                        Suite 107
                                         Mesa, AZ 85206-3398
7                                        Office: (480) 756-8822
                                         Fax: (480) 302-4186
8                                        floyd@bybeelaw.com

9                                        Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25